MARTIN, PRINGLE, OLIVER,
  WALLACE & BAUER, L.L.P.
645 E. Douglas, Suite 100
Wichita, KS 67202
T:  (316) 265-9311
F:  (316) 265-2955
gadrumright@martinpringle.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R., a minor, by and through his natural mother and next friend JANE DOE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 6:25-cv-01093-HLT-BGS ) |
| ICF TECHNOLOGY INC.; ACCRETIVE TECHNOLOGY GROUP, INC.; 4355768 CANADA INC. D/B/A CRAKMEDIA NETWORK; and JOHN DOE, D/B/A JERKMATE.COM, | ) ) ) ) ) ) |
| Defendants. | ) ) |

### DEFENDANT 4355768 CANADA INC. D/B/A
### CRAKMEDIA NETWORK'S
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADING

Defendant 4355768 Canada Inc., d/b/a Crakmedia Network, moves the Court for an Order granting this defendant an extension of time within which to file its answer or other responsive pleading. The requested extension is unopposed. In support of the unopposed motion, defendant states as follows:

1. Defendant moves the Court for additional time to file its responsive pleading to plaintiff's Complaint, which was filed in the United States District Court for the District of Kansas on May 12, 2025. (*See* Doc. 1.) The Complaint was purportedly served on defendant

4355768 Canada Inc., d/b/a Crakmedia Network, on June 2, 2025.

2. Due to scheduling issues, defendant's primary contact being temporarily unavailable, the press of other business, and the need to get up to speed and explore and develop all available defenses, including service of process and jurisdictional defenses, defendant seeks additional time to file its responsive pleading to plaintiff's Complaint.

3. Plaintiff agrees that defendant can have an additional twenty-one (21) days, up to and including July 14, 2025, in which to file its answer or other responsive pleading.

4. The original time to respond to the Complaint is June 23, 2025, which time has not expired. No previous request for additional time has been requested.

5. No prejudice will result to any party as a result of the requested extension.

6. The requested extension shall in no way be construed as an acknowledgement that service, jurisdiction or venue is proper in this Court. Indeed, defendant specifically reserves the right to contest service, jurisdiction and/or venue, and assert any other jurisdictional, procedural or affirmative defenses.

WHEREFORE, defendant respectfully requests additional time, up to and including July 14, 2025, to file its answer or other responsive pleading.

Respectfully submitted,

By: *s/ Greg A. Drumright*
Greg A. Drumright, #20743
MARTIN, PRINGLE, OLIVER,
   WALLACE & BAUER, L.L.P.
645 E. Douglas, Suite 100
Wichita, KS 67202
Telephone: (316) 265-9311
Facsimile:   (316) 265-2955
E-Mail: gadrumright@martinpringle.com
*Attorneys for Defendant 4355768 Canada Inc.*
   *d/b/a Crakmedia Network*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Michael J. Wyatt | mike@mannwyatt.com |
| Joshua W. Ruhlmann | josh@mannwyatt.com |
| MANN WYATT TANKSLEY | |
| 201 E. 1st Ave. | |
| Hutchinson, KS 67504-1202 | |

and

| | |
|---|---|
| Danielle Pinter | dpinter@ncoselaw.org |
| Benjamin W. Bull | bbull@ncose.com |
| Christen M. Price | cprice@ncoselaw.org |
| Victoria Hirsch | vhirsch@ncoselaw.org |
| Khari James | kjames@ncoselaw.org |
| NATIONAL CENTER ON | |
| SEXUAL EXPLOITATION | |
| 1201 F. St., NW, Suite 200 | |
| Washington, D.C. 20004 | |
| *Attorneys for Plaintiff* | |

| | |
|---|---|
| Braden M. Perry | braden@kennyhertzperry.com |
| KENNYHERTZ PERRY, LLC | |
| 2000 Shawnee Mission Pkwy., Suite 210 | |
| Mission Woods, KS 66205 | |

and

Laina C. Lopez llopez@bcrlaw.com
William F. Coffield , IV weoffield@bcrlaw.com
BERLINER CORCORAN & ROWE LLP - DC
1101 17th Street NW, Suite 1100
Washington, DC 20036
*Attorneys for Defendants ICF Technology Inc.
and Accretive Technology Group, Inc.*

          *s/ Greg A. Drumright*
          Greg A. Drumright, #20743