MANN WYATT TANKSLEY
201 E 1st Ave.
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 6:25-cv-01093<br>) |
| ICF TECHNOLOGY INC.; ACCRETIVE TECHNOLOGY GROUP, INC.; 4355768 CANADA INC. D/B/A CRAKMEDIA NETWORK; and JOHN DOE, D/B/A JERKMATE.COM, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **DISCLOSURE STATEMENT OF PLAINTIFF**

Pursuant to Rule 7.1(a)(2), Plaintiff Q.R., a minor, by and through his natural mother and next friend Jane Doe, states that he is an individual who is a citizen of the State of Kansas. He is domiciled in Olathe, Johnson County, Kansas. He resides with his mother Jane Doe, an individual who is also a Kansas citizen domiciled in Olathe, Johnson County, Kansas.

Respectfully submitted,

 /s/*Joshua W. Ruhlmann*
Michael J. Wyatt          (#23260)
Joshua W. Ruhlmann     (#29778)
Mann Wyatt Tanksley
201 E. 1st Ave.
Hutchinson, KS  67504-1202
(620) 662-2400
(620) 662-2443 (Fax)

mike@mannwyatt.com  
josh@mannwyatt.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2025, the foregoing disclosure was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

<u>/s/<i>Joshua W. Ruhlmann</i></u>  
Joshua W. Ruhlmann