IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

Q.R., a minor, by and through his natural mother and next friend JANE DOE,

Plaintiff,

v.

ICF TECHNOLOGY, INC.; ACCRETIVE TECHNOLOGY GROUP, INC.; 4355768 CANADA INC. D/B/A CRAKMEDIA NETWORK; AND JOHN DOE, D/B/A JERKMATE.COM,

Defendants.

Case No.: 6:25-cv-01093-HLT-BGS

---

## DEFENDANTS ICF TECHNOLOGY, INC. AND ACCRECTIVE TECHNOLOGY GROUP, INC.'S MOTION TO DISMISS

Defendants ICF Technology, Inc. and Accretive Technology Group, Inc., by and through undersigned counsel, hereby respectfully move the Court for an order dismissing Plaintiff's claims against them under Federal Rule of Civil Procedure 12(b)(2), for the reasons stated in their contemporaneously filed Memorandum of Law in Support.

DATED: July 3, 2025  Respectfully submitted,

KENNYHERTZ PERRY LLC

    */s/ Braden Perry*
Braden Perry, KS #21022
2000 Shawnee Mission Pkwy, Suite 210
Mission Woods, Kansas 66205
Phone: (816) 527-9447
Fax: (855) 844-2914
braden@kennyhertzperry.com



William Coffield (admitted *pro hac vice*)
Laina Lopez (admitted *pro hac vice*)
BERLINER, CORCORAN & ROWE, LLP
1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036
Phone: (202) 293-5555
wcoffield@bcrlaw.com
llopez@bcrlaw.com

*Attorneys for ICF Technology, Inc. and Accretive Technology Group, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of July 2025, the foregoing was electronically filed with the Clerk of the Court by using the Court's e-filing system which served notification of electronic filing to counsel for all parties of record.

*/s/ Braden Perry*
Braden Perry
