# EXHIBIT A





## Edge Network in North America

### Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*



Europe 

Middle 

Africa 

Asia 

Australia 

North 

### Edge Network in North America

**Embedded POPs**

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

# Edge Network in North America

### Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

multi... ...s of
netwo...

Amaz... ...high
perfo...

Cloud... ...ur
applic... ...nts of
Prese...

Cloud... ...rnet
servic...
count...

Cloud... ...(ISP)
netwo... ...edded
POPs...

Learn...

Sec...

Prot...

SSL/...

Acce...

## Edge Network in North America

**Embedded POPs**

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

## Edge Network in North America

### Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

---

## Ava[...]

### Orig[...]

Web a[...] ctivity. By usi[...] ly reduc[...] from origin[...] Origin Shield[...] d collap[...] is reduc[...]

### Enab[...]

Cloud[...] t's native[...] en the prima[...] ation of AW[...] origins like a[...] over capab[...]

Learn[...]

## Edg[...]

### Clou[...]

Amaz[...] s throu[...] for high s[...]

of Clo... ond
with r... 
Cloud... rieve
looku... dFront
Funct...

## Lam...

AWS ... wide
range...
comp...
comp... braries,
requi... alls for
data ... fest
manip... rver-
side r...

Learn...

## Rea...

### Real-...

Amaz... nes six
opera... dFront
conso... via API.

Learn...

### Edge Network in North America

**Embedded POPs**

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

auton... ...azon S3
bucke... ...your
choice... ...viewer
reque... ...tage of
reque...

Learn...

## Dev...

**Fast**...

**Full-**...

**Edge**...

## Co...

Contin... You
can n... simple
integr... ility to
roll o... that
your v... wer
sessio... our

### Edge Network in North America

**Embedded POPs**

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

## Edge Network in North America

### Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

## Edge Network in North America

### Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

## Edge Network in North America

### Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

AWS for

Bringi
end-p



AWS Fre



## Edge Network in North America

### Embedded POPs

Abilene *United States*

Alamogordo *United States*

Amarillo *United States*

Anchorage *United States*

Ardmore *United States*

Arvada *United States*

Ashburn *United States*

Atlanta *United States*

Austin *United States*

Bay City *United States*

Beckley *United States*

Beltsville *United States*

Bend *United States*

Biloxi *United States*

Birmingham *United States*

Bismarck *United States*

Boerne *United States*

Boise *United States*

Bossier *United States*

Boston *United States*

Broken Arrow *United States*

Bryan *United States*

Butler *United States*

Calgary *Canada*

Canyon Lake *United States*

Charleston *United States*

# Edge Network in North America

## Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

## Edge Network in North America

### Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

# Edge Network in North America

## Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

# Edge Network in North America

## Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

# Edge Network in North America

## Embedded POPs

**Abilene** *United States*

**Alamogordo** *United States*

**Amarillo** *United States*

**Anchorage** *United States*

**Ardmore** *United States*

**Arvada** *United States*

**Ashburn** *United States*

**Atlanta** *United States*

**Austin** *United States*

**Bay City** *United States*

**Beckley** *United States*

**Beltsville** *United States*

**Bend** *United States*

**Biloxi** *United States*

**Birmingham** *United States*

**Bismarck** *United States*

**Boerne** *United States*

**Boise** *United States*

**Bossier** *United States*

**Boston** *United States*

**Broken Arrow** *United States*

**Bryan** *United States*

**Butler** *United States*

**Calgary** *Canada*

**Canyon Lake** *United States*

**Charleston** *United States*

© 2025,