Mann Wyatt Tanksley
201 E 1st Ave.
Hutchinson, KS 67501
(620) 662-2400
(620) 662-2443 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Q.R. a minor, by and through his natural mother and next friend JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>ICF TECHNOLOGY INC.; ACCRETIVE TECHNOLOGY GROUP, INC.; 4355768 CANADA INC. D/B/A CRAKMEDIA NETWORK; and JOHN DOE, D/B/A JERKMATE.COM,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 6:25-cv-01093<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S NOTICE OF DISMISSAL OF JOHN DOE D/B/A JERKMATE.COM

COMES NOW Plaintiff Q.R., a minor, by and through his natural mother and next friend Jane Doe, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant John Doe d/b/a Jerkmate.com from this lawsuit.

No answer or motion for summary judgment has been filed by this defendant.

                Respectfully submitted,

                */s/ Joshua W. Ruhlmann*
                Michael J. Wyatt  (#23260)
                Joshua W. Ruhlmann (#29778)
                Mann Wyatt Tanksley
                201 E. 1st Ave.
                Hutchinson, KS  67504-1202
                (620) 662-2400
                (620) 662-2443 (Fax)

mike@mannwyatt.com
josh@mannwyatt.com

-and-

Benjamin W. Bull*
Christen M. Price*
Victoria Hirsch*
Khari James*
NATIONAL CENTER ON
SEXUAL EXPLOITATION
1201 F St., NW, Suite 200
Washington, DC 20004
P: 202-393-7245
bbull@ncose.com
cprice@ncoselaw.org
vhirsch@ncoselaw.org
kjames@ncoselaw.org

*Admitted via pro hac vice

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2025, the foregoing Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Braden Perry Braden Perry, KS #21022 2000
KENNYHERTZ PERRY LLC
Shawnee Mission Pkwy, Suite 210
Mission Woods, Kansas 66205
Phone: (816) 527-9447
Fax: (855) 844-2914
braden@kennyhertzperry.com

-and-

William Coffield (admitted pro hac vice)
Laina Lopez (admitted pro hac vice)
BERLINER, CORCORAN & ROWE, LLP
1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036
Phone: (202) 293-5555
wcoffield@bcrlaw.com
llopez@bcrlaw.com

*Attorneys for Defendants ICF Technology, Inc. and Accretive Technology Group, Inc.*

-and-

Greg A. Drumright, #20743
MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
645 E. Douglas, Suite 100
Wichita, KS 67202
Telephone: (316) 265-9311
Facsimile: (316) 265-2955
gadrumright@martinpringle.com

*Attorneys for Defendant 4355768 Canada Inc. d/b/a Crakmedia Network*